# STATEMENT OF FACTS

On June 13, 2019 at approximately 7:45 p.m., Metropolitan Police Department (MPD) Officer Kenan Thomas-Bartley responded to a radio run for a traffic accident in the area of 4510 Bowen Road, SE in Washington, D.C. Officer Thomas-Bartley was met at that location by W-1, who stated that an individual who was still on location had side-swiped her vehicle, which was still on location and had some damage. W-1 pointed out an individual later identified as Frederick Bass (Defendant Bass) as the person who damaged her car. Defendant Bass was walking across the parking lot of the location with a clear water bottle containing a red liquid. The red liquid had an odor consistent with an alcoholic beverage. Defendant Bass was belligerent and uncooperative and Officer Thomas-Bartley called for additional officers to assist.

Due to his belligerent nature and the open container of alcohol, officers attempted to detain the defendant in handcuffs during the investigation. Defendant Bass actively resisted detention and was taken to the ground. During the struggle, Sergeant Isaac Huff discovered a firearm in Defendant Bass's waistband. The firearm was determined to be a Taurus G29 9mm semi-automatic handgun with serial number TLT9840 and was loaded with 12 rounds of ammunition in the magazine and one round of ammunition in the chamber. Officers also recovered a second magazine loaded with 12 rounds of 9mm ammunition in Defendant Bass's pocket.

A criminal history check of Defendant Bass revealed that he has a prior criminal conviction for Attempted Armed Robbery and Use of a Handgun in the Commission of a Crime of Violence in the Circuit Court for Prince George's County, Maryland, docket number CT031527X. These crimes are punishable by more than one year in the State of Maryland. There are no firearms manufacturers in the District of Columbia.

_____
OFFICER KENAN THOMAS-BARTLEY
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF JUNE, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE